

## NUMBER 13-13-00643-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**FRED HOFFMAN III #1662898,**                                 **Appellant,**

**v.**

**CAROL MONROE, ET AL.,**                                     **Appellees.**

---

### On appeal from the 343rd District Court
### of Bee County, Texas.

---

## ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

Appellant, Fred Hoffman, appearing pro se, has filed "Appellant's Motion to Appeal as Indigent." The appellant is currently incarcerated.

We GRANT appellant's request and issue this notice and order, accompanied by "Appellant's Motion to Appeal as Indigent" to the trial court and the court reporter, and all parties. *See* Tex. R. App. P. 20.1. The deadline for filing a contest to Hoffman's request to proceed as an indigent party, if any, is on or before the expiration of ten days

from the date of this order.

PER CURIAM

Delivered and filed the
23rd day of January, 2014.